EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

ARUN LIMANI
Special Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
(808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 2 5 2002

at ___ o'clock and ___ min. ___ M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA )<br><br>          Plaintiff, )<br><br>     vs. )<br><br>GREGORY A. ROBERTSON, )<br><br>          Defendant. )<br>_____ ) | CR. NO. CR 02-00165 HG<br><br>INDICTMENT<br><br>[18 U.S.C. § 7(3);<br> 18 U.S.C. § 661] |

**INDICTMENT**

**COUNT 1**

The Grand Jury charges that:

On or about April 13, 2001, in the District of Hawaii, at Naval Station, Pearl Harbor, Hawaii, a place within the special maritime and territorial jurisdiction of the United States, the defendant, GREGORY A. ROBERTSON, did take and carry away, with intent to steal and purloin, the personal property of another, to wit: two spools of copper cable belonging to Garney

Morris, Incorporated, having a value in excess of $1,000, to wit: approximately $10,000.

All in violation of Title 18, United States Code, Sections 7(3) and 661.

## COUNT 2

The Grand Jury further charges that:

On or about June 1, 2001, in the District of Hawaii, at Naval Station, Pearl Harbor, Hawaii, a place within the special maritime and territorial jurisdiction of the United States, the defendant, GREGORY A. ROBERTSON, did take and carry away, with intent to steal and purloin, the personal property of another, to wit: four spools of copper cable belonging to Garney Morris, Incorporated, having a value in excess of $1,000, to wit: approximately $19,500.

All in violation of Title 18, United States Code, Sections 7(3) and 661.

## COUNT 3

The Grand Jury further charges that:

On or about July 13, 2001, in the District of Hawaii, at Naval Station, Pearl Harbor, Hawaii, a place within the special maritime and territorial jurisdiction of the United States, the defendant, GREGORY A. ROBERTSON, did take and carry away, with intent to steal and purloin, the personal property of another, to wit: three spools of copper cable belonging to Garney Morris, Incorporated, having a value in excess of $1,000, to wit:

approximately $11,500.

All in violation of Title 18, United States Code, Sections 7(3) and 661.


DATED: _____4/25_____, 2002, at Honolulu, Hawaii.

A TRUE BILL

/s/

_____
FOREPERSON, GRAND JURY


EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
ARUN LIMANI
Special Assistant U.S. Attorney


UNITED STATES v. GREGORY A. ROBERTSON
CR. #
INDICTMENT